Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Tremeka Davis §
 §
versus § CIVIL ACTION NO. _____
 §
Donald J. Trump §
The Illuminati §
Houston Texas §

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Tremeka Davis

   Address: 6005 S. Gessner Apt 1253
   Houston Tx, 77036

   County of Residence: Donald J. Trump

3. The defendant is: Mar-a-Lago

   Address: 1100 S. Ocean Blvd. Palm Beach, Florida 33480

☑ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 2-1-2024 with the Equal Opportunity Commission.

5. On the date of _____, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6. Because of the plaintiff's:

   (a) ☑ race

   (b) ☑ color

   (c) ☑ Sex

   (d) ☑ Religion

   (e) ☑ national orgin,

   the defendant has:

   (a) ☑ failed to employ the plaintiff

   (b) ☑ terminated the plaintiff's employment

   (c) ☑ failed to promote the plaintiff  Defamation, Identity Thefts The Holy Grail Presidents, Artifial Intelligence Crime.

   (d) ☑ other: Donald J. Trump did a Sex Crime of decoding My The reproductive system and Cult kidnapping

7. When and how the defendant has discriminated against the plaintiff:

   Donald J. Trump discriminated on us because of our Dark skin and Donald J. Trump is a Satanic and again Christianity race he Brain hacked us and Place our enemies on our Brain to harass brain interface them from us

8. The plaintiff requests that the defendant be ordered: before the started destorying it with

   (a) ☑ to stop discriminating against the plaintiff  Brain Injuries

   (b) ☑ to employ the plaintiff  Donald J Trump Goverment Spiritual Gang

   (c) ☐ to re-employ the plaintiff  How AI helped Donald Trump reach The White House.

   (d) ☑ to promote the plaintiff  The AI's War in Harris County Jail.

   (e) ☐ to  They had been Stealing our royalties My Son was Cult Kidnapped and is being torture 2 in Harris County Jail by Donald J. Trump Member Sheriff's and his Politician Police Hip Hop Sex Cult. To release Travis Davis 03021991 from Jail

Donald J. Trump had been Playing Babiyon ~~and~~ With our Royalties and gave it to my kids Dad and their girlfriend return what and that; they have removed our main organs all body parts return it all

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

*Jemeika Davis*

(Signature of Plaintiff)

Address: 6005 S. Gessner Apt 1253 Houston Tx, 77036

Telephone: 713 309 0960

3

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Tremeka Davis §
 §
versus § CIVIL ACTION NO. _____
 §
Donald J. Trump §
The Illuminati §
Houston Texas §

## ORIGINAL COMPLAINT

① Donald J. Trump has formed a Witch Hunt and have Cult Kidnapped My Family member I seen other member on Camera to harass us. harassing us 24/7 using Brain to Brain Computer Communication interfacing.

② Donald J. Trump have interfaced my kids Dads girlfriends with me.

③ Used the FBI, Law enforcement, CPS to Falsely imprisonment using Astral Projection, Demon possession to Cult Kidnapped and harass my self Tremeka Davis and family

④ infected us using his members

⑤ Stole my reproduction system

⑥ had my sons raped in CPS and in Harris County Jail

⑦ Stole our Identities and Form a Cult that impersonates us

⑧ I'm entitled to royalty payments and my kids his members receive my royalty payments

⑨ The AI's Companies that was stolen, The Davinci Code business and The Davinci Code Government Business

⑩ his Baby Factories, he is having my kids killed for their Supernatural intelligence the artifical Intelligence

⑪ Donald J. Trump used Christopher B. Bridges to decode my self Tremeka Davis and kids, he used the Police Department and businesses and Demon agencies they cloned, From using retarded people their have them tearing up our Brains, other Body Parts, Spitting up infected Demon mucus

⑫ Our Food is being poisoned their Demon put their Demon DNA Sperm in our food we buy from Grocery stories and restaurants.